RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Jason Michael Pardo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>    v.<br><br>JASON MICHAEL PARDO,<br><br>        Defendant | Case No. 2:21-cr-00315-CDS-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Jason Michael Pardo, that the Sentencing Hearing currently scheduled on August 17, 2023, be vacated and continued to September 6, 2023.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for sentencing and complete the requirements for safety valve eligibility.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1. This is the first request for a continuance of the sentencing hearing.

2. DATED this 10th day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Katherine A. Tanaka*<br>KATHERINA A. TANAKA<br>Assistant Federal Public Defender | By /s/ *Jacob Haile Operskalski*<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>    v.<br><br>JASON MICHAEL PARDO,<br><br>        Defendant | Case No. 2:21-cr-00315-CDS-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 17, 2023 at 10:00 a.m., is vacated and continued to September 6, 2023, at the hour of 1:00 pm.

    DATED: August 10, 2023

_____
UNITED STATES DISTRICT JUDGE

3