JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JACOB OPERSKALSKI
Nevada Bar Number 14746
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
jacob.operskalski@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JASON MICHAEL PARDO,<br><br>Defendant | Case No. 2:21-cr-00315-CDS-EJY-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>*Second Request* |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, through the undersigned, together with Katherine Tanaka, counsel for defendant, that the Sentencing Hearing currently scheduled on September 6, 2023, at 1:00 p.m., be vacated and continued to September 13, 2023, at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1. The brief continuance will allow for both parties to be fully prepared for the Sentencing Hearing.

\\

\\

1

1      2.  Defense counsel and the defendant agree to this one-week continuance.

2      3.  This is the second request to continue the Sentencing Hearing for this defendant.

3      DATED this 31st day of August, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Jacob Operskalski*                       */s/ Katherine Tanaka*

JACOB OPERSKALSKI              KATHERINE TANAKA
Assistant United States Attorney      Counsel for Defendant Jason Michael Pardo

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

   Plaintiff

   vs.

JASON MICHAEL PARDO,

   Defendant

Case No. 2:21-cr-00315-CDS-EJY-1

**ORDER**

<u>**ORDER**</u>

  Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Sentencing Hearing currently scheduled on September 6, 2023, at 1:00 p.m., is vacated and continued to September 13, 2023, at 10:00 a.m. in Courtroom 6B.

  DATED: August 31, 2023

_____
**UNITED STATES DISTRICT JUDGE**