UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MICHAEL PARDO,<br><br>Defendant. | Case No. 2:21-cr-00315-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Defendant Jason Pardo's Motion to Reduce Sentence (ECF No. 108). A review of the docket shows Mr. Pardo is represented by counsel, Katherine Tanaka, with the Federal Public Defender's Office. Under LR IA 11-6(a) "a party who has appeared by attorney cannot while so represented appear or act in the case." Mr. Pardo must reach out to his counsel for the purpose of filing the motion he asks the Court to consider.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Reduce Sentence (ECF No. 108) is DENIED without prejudice.

Dated this 14th day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE