UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00315-CDS-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JASON MICHAEL PARDO, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Reconsider Order Denying Pro Se Motion for Sentence Reduction. ECF No. 112. The Court grants the Motion finding the denial of the Motion for Sentence Reduction (ECF No. 110) was legal error. However, the Court notes that Defendant's Motion for Sentence Reduction (ECF No. 108) should be filed before District Judge Silva not before the undersigned Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Reconsider Order Denying Pro Se Motion for Sentence Reduction (ECF No. 112) is GRANTED.

IT IS FURTHER ORDERED that the undersigned's Order at ECF No. 110 is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court **must** reinstate Defendant's Motion for Sentence Reduction (ECF No. 108).

IT IS FURTHER ORDERED that the Clerk of Court **must** refer Defendant's Motion for Sentence Reduction to District Judge Silva.

Dated this 23rd day of May, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE