# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>Jason Michael Pardo | )<br>)<br>)<br>)  Case No: 2:21-cr-00315-GMN-EJY-1<br>)  USM No: 84389-509<br>) |
| Date of Original Judgment: 09/14/2023<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )  Nisha Brooks-Whittington<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

For the reasons set forth in the Court's Order, (ECF No. 118, Defendant's Motion for Sentence Reduction Under Amendment 821, (ECF No. 108), is DENIED.

Except as otherwise provided, all provisions of the judgment dated  09/14/2023  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  June 12, 2024

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

_____
*Printed name and title*